# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, JOSE DOMINGUEZ, DAVID DUARTE, MORGAN DASBACH, CHRISTOPHER BERMEA, and TERRI BERMEA,<br>   *Plaintiffs*<br><br>**v.**<br><br>PENSKE LOGISTICS, L.L.C., WHEATON VAN LINES, INC. D/B/A WHEATON WORLD WIDE MOVING, ALEX SCHLIEF, JEREMY WEIDMAN, PENSKE TRUCK LEASING CO., L.P., and SPIKE, INC. D/B/A OLYMPIA MOVING & STORAGE COMPANY,<br>   *Defendants* | Case No. 1:19-CV-1145-SH |

## ORDER

Before the Court is Plaintiffs' Motion to Compel Penske Logistics, L.L.C.'s Responses to Plaintiff's Interrogatories, Requests for Production and Initial Disclosures, filed March 4, 2021 (Dkt. 102).

Under Local Rule CV-7(e)(2), responses to non-dispositive motions are due within seven days after the motion is filed; if no response is timely filed, the court may grant the motion as unopposed. Penske Logistics did not respond to Plaintiffs' Motion. The Court therefore **GRANTS** as unopposed Plaintiffs' Motion to Compel Penske Logistics, L.L.C.'s Responses to Plaintiff's Interrogatories, Requests for Production and Initial Disclosures (Dkt. 102), pursuant to Local Rule CV-7(e)(2).

**SIGNED** on March 24, 2021.

                       _____
                       SUSAN HIGHTOWER
                       UNITED STATES MAGISTRATE JUDGE