## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| GERARDO SANCHEZ, JOSE DOMINGUEZ, DAVID DUARTE, MORGAN DASBACH, CHRISTOPHER BERMEA, and TERRI BERMEA, | § § § § | |
| *Plaintiffs* | § § | |
| | § | Case No.  1:19-CV-1145-SH |
| **v.** | § § | |
| PENSKE LOGISTICS, L.L.C., WHEATON VAN LINES, INC. D/B/A WHEATON WORLD WIDE MOVING, ALEX SCHLIEF, JEREMY WEIDMAN, PENSKE TRUCK LEASING CO., L.P., and SPIKE, INC. D/B/A OLYMPIA MOVING & STORAGE COMPANY, | § § § § § § § | |
| *Defendants* | § | |

## ORDER

Now before the Court is the parties' Advisory to the Court Regarding Rule 29 Agreement on Extending Deadlines, filed November 30, 2021 (Dkt. 135). The Advisory states that the parties have agreed to extend the deadlines for filing dispositive motions and motions to exclude expert testimony until January 6, 2022.

Pursuant to the Court's Second Amended Scheduling Order (Dkt. 114), the deadline to file both dispositive motions and motions objecting to the reliability of an expert's proposed testimony was November 5, 2021. The parties may not by agreement extend the Court's deadlines, other than the deadline for discovery, as provided in Paragraph 3 of the Scheduling Order.

To the extent that the parties' advisory is construed as a motion to extend the dispositive motion deadline, it is **DENIED with prejudice**. To the extent that the advisory is construed as a motion to extend the deadline for motions to exclude expert testimony, it is **GRANTED**, but any such motions may be carried over until trial.

**IT IS SO ORDERED.**

**SIGNED** on December 1, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE