UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GERARDO SANCHEZ, JOSE DOMINGUEZ, DAVID DUARTE, MORGAN DASBACH, CHRISTOPHER BERMEA, and TERRI BERMEA,<br>         *Plaintiffs*<br><br>     v.<br><br>PENSKE LOGISTICS, L.L.C., WHEATON VAN LINES, INC. D/B/A WHEATON WORLD WIDE MOVING, ALEX SCHLIEF, JEREMY WEIDMAN, PENSKE TRUCK LEASING CO., L.P., and SPIKE, INC. D/B/A OLYMPIA MOVING & STORAGE COMPANY,<br>         *Defendants* | Case No.  1:19-CV-1145-SH |

## FINAL JUDGMENT

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 148), filed March 30, 2022. Pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, plaintiffs and defendants, by and through their respective counsel, "stipulate and agree that this action should be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own costs." Dkt. 148 at 1-2.

The Court approves of the stipulation and hereby **ORDERS** that any and all claims asserted in the above-referenced action by Plaintiffs Gerardo Sanchez, Jose Dominguez, David Duarte, Morgan Dasbach, Christopher Bermea, and Terri Bermea against Defendants Wheaton Van Lines, Inc. d/b/a Wheaton Worldwide Moving, Jeremy Weidman, Penske Logistics, L.L.C., Alex Matthew Schlief, Spike, Inc. d/b/a Olympia Moving & Storage Company, and Penske Truck Leasing Co., L.P. are hereby **DISMISSED WITH PREJUDICE**, with all costs and attorney's fees to be borne by the party incurring same.

2

Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58 and **ORDERS** the Clerk to **CLOSE** this case.

**SIGNED** on March 30, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE